# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| RALPH TURNAGE,<br>JAMES LINVILLE TURNAGE,<br>PAUL EDMOND HOLLOWAY, AND<br>SCOTT EDMOND HOLLOWAY,<br><br>    Plaintiffs<br><br>V.<br><br>FIDELITY NATIONAL<br>TITLE INSURANCE COMPANY,<br><br>    Defendant | Case No. 4:06CV01381-WRW |

## AGREED ORDER REMANDING CASE

The parties have agreed to an Order Remanding this case back to the Circuit Court of Prairie County, Arkansas (Case No. CV-2006-15).

IT IS SO ORDERED this 19th day of October, 2006.


                                          /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE